435 A.2d 923

Commonwealth v. Hilt, Jr., Appellant.

Submitted December 5, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.